IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03756-RTG

HENDRIX ALEXANDER PARRA-PEDRA,

Petitioner,

v.

ROBERT GUARDIAN, Office Director of ICE,

Respondent.

---

**ORDER ADMINISTRATIVELY CLOSING ACTION**

---

Petitioner Hendrix Alexander Parra-Pedra is a federal immigration detainee at the Aurora Detention Center in Aurora, Colorado. Petitioner has filed *pro se* an Application for habeas corpus relief under 28 U.S.C. § 2241 (“Application”) that does not specify a civil action number. (ECF No. 1). Based on the filing, the Clerk of Court opened this new action.

However, Petitioner already has an action pending before Magistrate Judge Richard T. Gurley against the same respondent named in the Application. *See Parra-Pedra v. Guardian,* No. 26-cv-03317-RTG. Moreover, the Court notes that, in case number 26-cv-03317-RTG, Magistrate Judge Gurley ordered Petitioner to file an amended habeas application on August 12, 2026. Based on the Court’s review of the Application for habeas corpus relief under 28 U.S.C. § 2241 (naming respondent from the pending case) and the docket in 26-cv-03317-RTG (ordering Petitioner to file an amended habeas application), the Court concludes that Petitioner’s Application should

have been filed in Case No. 26-cv-03317-RTG, and this action should not have been opened. As such, this action will be administratively closed, and the Clerk of Court will be directed to file the Application (ECF No. 1) from this action in Case No. 26-cv-03317-RTG. Petitioner is reminded that he must include the civil action number on all future papers sent to the court for a pending action.

Accordingly, it is

ORDERED that the Clerk of Court administratively close this case. It is

FURTHER ORDERED that the Clerk of Court file the Application (ECF No. 1) in Case No. 26-cv-03317-RTG.

DATED at Denver, Colorado, this 21st day of August, 2026.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court